No. D–2196. IN RE DISBARMENT OF PINGEL. James F. Pingel, Jr., of Tampa, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2197. IN RE DISBARMENT OF CHILINGIRIAN. Jack Chilingirian, of St. Clair Shores, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2198. IN RE DISBARMENT OF GRADDOCK. Richard A. Graddock, of West Palm Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2199. IN RE DISBARMENT OF ADAMS. John V. Adams, Jr., of Pittsburgh, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2200. IN RE DISBARMENT OF FEIGENBAUM. Franklin Feigenbaum, of North Hills, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2201. IN RE DISBARMENT OF HUBERT. Douglass Edward Hubert, of Monterey, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.